# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| RAQUEL BRETADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-00711-A |
| | § | |
| HUNTER WARFIELD, INC., | § | |
| | § | |
| Defendant. | § | |



## NOTICE OF SETTLEMENT

**TO THE CLERK OF SAID COURT:**

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within sixty (60) days.

DATED this 1st day of February 2018.

Respectfully submitted,

By: _____
A. Lee Rigby
State Bar No. 24029796

**SMITH | ROBERTSON, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5800
Telecopier: (512) 225-5838
Email: lrigby@smith-robertson.com

and

Lindsey Lautin Reinhardt
State Bar No. 24070485

**BLACKWELL, BLACKBURN & SINGER, LLP**
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
Telephone: 214-442-9602
Telecopier: 214-442-9621
Email: lreinhardt@bbsllp.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2018, I forwarded to the Clerk of the Court for filing using the CM/ECF system which will send notification of such filing to the following:

Seth P. Crosland
Crosland Law Firm
1848 Norwood Plaza, Suite 205B
Hurst, Texas 75064
seth@croslandlawfirm.com

Ari Marcus
Marcus Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
ari@marcuszelman.com