IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAQUEL BRETADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-711-A |
| | § | |
| HUNTER WARFIELD, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the court's rulings during a telephone conference/hearing this date with counsel for the parties and the court on the line,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Raquel Bretado, against defendant, Hunter Warfield, Inc., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED February 16, 2018.

_____
JOHN McBRYDE
United States District Judge